EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Juan Camacho Maldonado | 2004 TSPR 171 <br><br> 163 DPR _____ |

Número del Caso: 5249


Fecha: 5 de noviembre de 2004


Oficina del Procurador General:

                     Lcda. Minnie H. Rodríguez López
                     Procuradora General Auxiliar

Colegio de Abogados de Puerto Rico:

                     Lcdo. José M. Montalvo Trías
                     Director Ejecutivo


Abogado del Querellado:

                     Por Derecho Propio



Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Juan Camacho Maldonado

5249

RESOLUCIÓN

San Juan, Puerto Rico, a 5 de noviembre de 2004.

El Sr. Juan Camacho Maldonado fue suspendido el 4 de mayo de 2001 del ejercicio de la abogacía por su falta de pago de la cuota anual del Colegio de Abogados. En octubre de 2004, el peticionario presentó una "Moción Solicitando Readmisión" en la que informó que había cumplido con su obligación de pagar sus cuotas anuales del Colegio de Abogados. Evaluada dicha solicitud, así como las comparecencias del Procurador General y del Colegio de Abogados de Puerto Rico, se ordena la reinstalación inmediata del Sr. Juan Camacho Maldonado al ejercicio de la abogacía.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rivera Pérez no intervino.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo